BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**In re Coloplast Corp. Pelvic Support
Systems Products Liability Litigation**                     **MDL No. 2387**

## AMENDED PROOF OF SERVICE

The undersigned, counsel for Defendant Coloplast Corp., hereby certifies that a true and correct copy of Coloplast Corp.'s Fifteenth Notice of Potential Tag-Along Action was served by electronic service and/or by U.S. Mail on September 5, 2013, as follows:

Amy F. Solomon
Thomas V. Girardi
*Girardi Keese*
1126 Wilshire Boulevard
Los Angeles, CA 90017
(213) 977-0211
asolomon@girardikeese.com
tgirardi@girardikeese.com
**Counsel for Plaintiffs in the following action:**
*Marie Howe, et al. v. Coloplast Corp., et al.,* **C.D. California, Case No. 2:13-cv-06344.**

Jan E. Dodd
Lesley E. Swanson
Tarifa B. Laddon
*Fulbright & Jaworski LLP*
555 South Flower Street, 41st Floor
Los Angeles, CA 90071
(213) 892-9200
jan.dodd@nortonrosefulbright.com
lesley.swanson@nortonrosefulbright.com
tarifa.laddon@nortonrosefulbright.com
**Counsel for Defendant Coloplast Corp. in the following action:**
*Marie Howe, et al. v. Coloplast Corp., et al.,* **C.D. California, Case No. 2:13-cv-06344.**

Coloplast A/S
Holtedam 1
DK-3050 Humlebaek
Kingdom of Denmark
**Counsel for Defendant Coloplast A/S has yet to appear in the following action:**
*Marie Howe, et al. v. Coloplast Corp., et al.,* **C.D. California, Case No. 2:13-cv-06344.**

Coloplast Manufacturing US, LLC
1940 Commerce Drive
North Mankato, MN 56002
**Counsel for Defendant Coloplast Manufacturing US, LLC has yet to appear in the following action:** *Marie Howe, et al. v. Coloplast Corp., et al.,* **C.D. California, Case No. 2:13-cv-06344.**

Porges S.A.
Centre d'affaires La Boursidiere
92357 Le Plessis-Robinson cdx.
France
**Counsel for Defendant Porges S.A. has not yet appeared in the following action:**
*Marie Howe, et al. v. Coloplast Corp., et al.,* **C.D. California, Case No. 2:13-cv-06344.**

Joshua Wes
Mollie F. Benedict
*Tucker Ellis LLP*
515 South Flower Street, 42nd Floor
Los Angeles, CA 90017
(213) 430-3400
joshua.wes@tuckerellis.com
mollie.benedict@tuckerellis.com
**Counsel for Defendant Ethicon, Inc. in the following action:**
*Marie Howe, et al. v. Coloplast Corp., et al.,* **C.D. California, Case No. 2:13-cv-06344.**


Dustin B. Rawlin
*Tucker Ellis LLP*
1150 Huntington Building
925 Euclid Avenue
Cleveland, OH 44115
(216) 592-5000
drawlin@tuckerellis.com
**Counsel for Defendant Mentor Worldwide LLC has yet to appear in the following action:**
*Marie Howe, et al. v. Coloplast Corp., et al.,* **C.D. California, Case No. 2:13-cv-06344.**


Clerk, United States District Court for the Central District of California
United States Courthouse
312 N. Spring Street
Los Angeles, CA 90012-4701
(213) 894-1565
*Marie Howe, et al. v. Coloplast Corp., et al.,* **C.D. California, Case No. 2:13-cv-06344.**

- 3 -

This 5th day of September, 2013.

                                              s/ Lana K. Varney
                                              Lana K. Varney
                                              Fulbright & Jaworski LLP
                                              98 San Jacinto Blvd, Suite 1100
                                              Austin, TX 78701
                                              Telephone: (512) 536-4594
                                              Facsimile:  (512) 536-4598
                                              lana.varney@nortonrosefulbright.com
                                              *Counsel for Defendant Coloplast Corp.*